UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE MATTER OF )
) Chapter 13
LONNIE E. MCKINNEY, ) Case No. 05-84385
)
Debtor. )

## AMENDED CHAPTER 13 PLAN

1. The Debtor proposes to pay to the trustee appointed by this court the following amount of **$400.00** per month until all claims are paid in full.

2. The Debtor proposes to have the trustee cure the following defaults as priority claims before paying anything to holders of secured and non-priority unsecured claims:

>Go-More Financial, Inc.              $4,000.00
>605 Highway 55 East
>P.O. Box 270
>Buffalo, MN. 55313
>(Collection Agency for American General, home mortgage arrearage)

3. The Debtor has one (1) secured creditor listed as follows, who will be paid outside the plan:

>American General Financial Services   $192.00
>3311 N. Sterling Ave. Ste 8
>Peoria, IL. 61604-1800
>(Home Mortgage)

4. The Debtor proposes to have the trustee pay the following priority claims after the secured claims are paid:

>Salta Group                          $5,786.66
>P.O. Box 1401
>Northbrook, IL. 60065
>(Peoria County Real Estate Taxes)
>(2002, 2003, 2004)

5. After the above secured creditors have been paid the value of their security, and priority claims have been paid, then unsecured creditors, including the unsecured portion of secured creditors' claims, shall be paid until debtor has paid **$400.00** a month until all claims are paid in full.

   6. The Debtor proposes to avoid all non-purchase money security interest held by the following creditors on the following collateral:  NONE

   7. The secured creditors shall retain their liens upon the collateral until they have been paid as provided in the plan.  Upon payment in full of an allowed secured claim as provided in the plan, the secured creditor's lien shall be released, and the secured creditor shall execute any necessary documents to release its lien.

   8. The Debtor proposes to surrender the following collateral to the following creditor and said creditor shall liquidate the collateral in a commercially reasonable manner and file an unsecured proof of claim for any deficiency:  NONE

   9. The trustee shall pay to the debtor's attorney the sum of $1,700.00 attorney's fees, payable as ordered by this court.

   10. No post petition interest, service, penalties or late charges shall be allowed upon unsecured claims nor upon an under secured creditor's claim unless otherwise provided, nor upon any mortgage arrearage.

   11. Unsecured creditors will be paid approximately **100%** of all claims filed and allowed.

                 By: /s/_____
                    W. Edgar Weer, Attorney for Debtor

W. Edgar Weer
Smith & Weer, P.C.
410 Elizabeth Street,
 Pekin, Illinois 61654
Phone: (309) 347-4300
Fax: (309) 347-3574